IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

SCOTTSDALE INSURANCE COMPANY,

        Plaintiff,

v.                                  Case No. 1:23-cv-1910

SIGAN AMERICA, LLC,

        Defendant.

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Scottsdale Insurance Company hereby dismisses its claims against Defendants, without prejudice.

Dated: June 15, 2023.

                                                          Respectfully submitted,

                                                          SCOTTSDALE INSURANCE COMPANY

                                                          By: *Stephen J. Schlegel*
                                                          One of Plaintiff's Attorneys

Stephen J. Schlegel, Ltd. (Stephen J. Schlegel)
PECK RITCHEY, LLC (Daniel J. Lynch)
321 S. Plymouth Ct., 6th Fl.
Chicago, IL 60604
(312) 201-0900
ARDC Nos. 2486903 & 6331421
sjschlegel@schlegelltd.com
dlynch@peckritchey.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 21st day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent a copy to Defendant Sigan America, LLC by regular U.S. Mail.

                */s/ Stephen J. Schlegel*